# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Christopher Xavier Brodeur<br><br>*Defendant(s)* | Case No. 23-mj-5635-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 5 and December 4, 2023__ in the county of _____ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §876(c) | Mailing Threatening Communication |
| 18 U.S.C. §876(c) | Mailing Threatening Communication |

This criminal complaint is based on these facts:

Please see affidavit of Deputy United States Marshal Service Mathias Varga, attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

Mathias Varga, Deputy U.S. Marshal
*Printed name and title*

**Telephonically**
Sworn to before me and signed in my presence.

Date: 12/14/2023

*Judge's signature*

City and state: Boston, MA

Honorable Judith G. Dein, US Magistrate Judge
*Printed name and title*