# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** USMS

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number: 23-mj-5635-JGD
Search Warrant Case Number: _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** Christopher Xavier Brodeur     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Dover, New Hampshire

**Birth date (Yr only):** 1967   **SSN (last 4#):** 6894   **Sex:** M   **Race:** White   **Nationality:** American

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Suzanne Sullivan Jacobus     **Bar Number if applicable:** 565071

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/14/2023     **Signature of AUSA:** /s/ Suzanne Sullivan Jacobus

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Christopher Xavier Brodeur _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §876(c) | Mailing Threatening Communication | 1 |
| Set 2 | 18 U.S.C. §876(c) | Mailing Threatening Communication | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**