U.S. Department of Justice
United States Marshals Service

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. FID: 2196954 CASE: | 2. DATE OF REPORT: 10/18/2023 | 3. REPORTED BY: VARGA,MATHIAS AT: 038 |
|---|---|---|

4. SUBJECT NAME: BRODEUR,CHRISTOPHER X

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] ADMINISTRATIVE SUBPOENA
[ ] CS/CI REQUEST
[ ] BWC EQUIPMENT NON-ACTIVATION
[ ] BWC OPERATOR NON-ACTIVATION
[ ] OTHER
[ ] ARREST/CLOSE
[x] INTELLIGENCE UPDATE (USM11 1943745)
[ ] MEMORANDUM TO FILE
[ ] DUE DILIGENCE
[ ] INVESTIGATIVE ENDEAVOR
[ ] FACTUAL PREDICATE
[ ] AUTHORIZED PURPOSE

7. HOURS WORKED:     8. BWC FOOTAGE EXISTS:     9. BWC FOOTAGE REVIEWED:

On October 16, 2023, JSU D/MA received a letter from Christopher BRODEUR. The front of the envelope is addressed to:

"To: Dishonorable [Victim Judge] (the #1 person in America protecting the church's systemic pedophelia!!) 1 courthouse way Boston, MA 02210.

The return address was "MURICA'S #1 POLITICAL PRISONER & WHISTLEBLOWER! CXB SC - D.O.C. 266 COUNTY FARM ROAD DOVER, NH, 03820".

The letter follows prior letters in the tone and language used.

On the front of the envelope BRODEUR wrote the following:

"Even your fellow crooked judges admit you're doing insane federal crimes vs CXB! See? Juries would clear him if you force him to punch you out or douse you in urine (to get you under oath as the 'victim' & make the news)".

"You are super-mobsters and the public has a right to self-defense, you mass-murderer! You're sick!"

On the back of the envelope BRODEUR wrote the following:

"That's the purpose of judges! As phony placebo to lie to the public....to keep them from lynching you

| 10. SIGNATURE (*Name and Title*)<br><br>MATHIAS VARGA<br>Criminal Investigator | 11. DATE<br>10/18/2023 5:30 PM EDT | 14. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 12. APPROVED (*Name and Title*)<br><br>MATTHEW DUMAS<br>Deputy U.S. Marshal | 13. DATE<br>10/18/2023 6:06 PM EDT | **EXHIBIT 2**<br>23-5635-JGD |

**UNITED STATES MARSHALS SERVICE**
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

12/18/2023 5:05 PM EST
USAO_000042

U.S. Department of Justice
United States Marshals Service

# REPORT OF INVESTIGATION

Page 2 of 2

| 1. FID: 2196954  CASE: | 2. DATE OF REPORT: 10/18/2023 | 3. REPORTED BY: VARGA,MATHIAS  AT: 038 |
|---|---|---|
| 4. SUBJECT NAME: BRODEUR,CHRISTOPHER X | | |
| 5. MERGED FIDs: | | |

murderous war criminal child-molesters!!".

"Well society is now aware of your mobster racket, whitey [Victim Judge] Time's up!"

On page 1 BRODEUR wrote:

"Again...you agree that I have 5,000 ways to get you under oath by targeting you [the Fuhrer] in all kinds of huge publicity stunts [ where I will call 911 on myself so all juries hear my m-o-t-i-v-e], from spray -paint-ing a "[Victim Judge] raped me as a boy!" Stencil all around your court and/or home for many blocks....in magenta....on BOTH public & private property. "I can spray -paint "pedophile" on your home in 4 foot letters. I can do anything.... Because the goal is to be arrested!"

"I MAY AS WELL E-A-R-N JAIL FOR ONCE, NO? [ By law, I could burn your home or your court- cuz the legal precedence by you & the USSA Govt is that it's legal, legit, & heroic... as y'all burned down villages in Vietnam..."

"These motions [etc] are ONLY for the court of public opinion.....& to prove that I EXHAUSTED all civilized methods....vs you, King George III."

On page 2 BRODEUR wrote:

"You sure Juries wont clear me if I used violence on you super Nazis?"  BRODEUR references his court dates as "life & death".

On page three BRODEUR wrote:

BRODEUR likened himself to Mandela, MLK, Rosa Parks, Snowden, Assange, Anne Frank and others and then stated: "THIS IS WHY I NOW MUST GO NUCLEAR ... VS FUHRER [Victim Judge] .... GET IT?"

"I wish I wasn't so IMPORTANT artistically & politically, cuz then I could get an AR-15 & DO UNTO YOU MOBSTERS AS YOU DID UNTO ME & then I could kill myself!!"

On page four BRODEUR wrote:

BRODUER wrote that he would finally be out of jail in November or December and be homeless and without his possessions or SSI income.  BRODEUR then wrote the following: "I will have to get to Boston to smash out the windows on [Victim Judge] courthouse & sleep inside / call 911 for 3 hots & a cot."

"YOU ARE TOTALLY RIGHT THAT YOU MUST BLOCK MY JURY TRIALS F-OR-E-V-E-R .... Which is why I have to take this up 20,000 notches!

In the letter BRODEUR refers to himself as "Super Ben Franklin" and CXB.  On page four BRODEUR signed the letter "livid, Super - Ben - Franklin".

**UNITED STATES MARSHALS SERVICE**
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.