**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. FID: 2196954<br>CASE: ▓▓▓▓▓ | 2. DATE OF REPORT: 12/12/2023 | 3. REPORTED BY: VARGA, MATHIAS<br>AT: 038 |
|---|---|---|
| 4. SUBJECT NAME: BRODEUR, CHRISTOPHER X | | |
| 5. MERGED FIDs: | | |

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION                [ ] ARREST/CLOSE
[ ] COLLATERAL LEAD                                 [x] INTELLIGENCE UPDATE (USM11 1946123)
[ ] WITNESS INTERVIEW                               [ ] MEMORANDUM TO FILE
[ ] ADMINISTRATIVE SUBPOENA                         [ ] DUE DILIGENCE
[ ] CS/CI REQUEST                                   [ ] INVESTIGATIVE ENDEAVOR
[ ] BWC EQUIPMENT NON-ACTIVATION                    [ ] FACTUAL PREDICATE
[ ] BWC OPERATOR NON-ACTIVATION                     [ ] AUTHORIZED PURPOSE
[ ] OTHER

| 7. HOURS WORKED: | 8. BWC FOOTAGE EXISTS: | 9. BWC FOOTAGE REVIEWED: |
|---|---|---|

On December 12, 2023, D/MA JSU received a letter that was from Christopher BRODEUR. As with previous letters it was intercepted at mail delivery to the Moakley Courthouse and directed to the D/MA JSU.

The letter is addressed with the following:

"To: The # 1 threat to public safety....& the man who shot 18 innocent people in Lewiston, Maine .... ▓▓▓▓▓ [Victim Judge] c/o 1 courthouse Way Boston, MA, 02210"

From: "Murica's #1 political prisoner! 50 false arrests...for cartoons!?!! 24 times they dropped ALL charges..... on DAY OF trial !! 24 different arrests??!! SUBTLE!! CXB c/o SC-D.O.C. 266 County Farm Rd, Dover, NH, 03820".

On the front of the envelope BRODUER wrote the following:

"Crooked Judges & cops & DAs did the most insane arrests in U.S. history .... Against CXB ... who just happens to be the # 1 critic of these lawless mob-sters?!  SUBTLE! ALL humans have a right to self de-fense vs killer judges & killer cops, aka Nazis!"  This statement is captioned in a 'thought bubble' as seen in cartoons with a female character wearing a t-shirt with the words "Free CXB" and holding a bottle with string hanging out of it in one hand, and a lit lighter in the other.

On page one of the letter BRODEUR wrote the following:

| 10. SIGNATURE (*Name and Title*)<br><br>MATHIAS VARGA<br>Criminal Investigator | 11. DATE<br>12/12/2023 10:55 AM EST | 14. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER_____ |
|---|---|---|
| 12. APPROVED (*Name and Title*)<br><br>MATTHEW DUMAS<br>Deputy U.S. Marshal | 13. DATE<br>12/13/2023 11:17 AM EST | **EXHIBIT 3**<br>23-5635-JGD |

**UNITED STATES MARSHALS SERVICE**
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 2 of 2

| 1. FID: 2196954  CASE: ███████ | 2. DATE OF REPORT: 12/12/2023 | 3. REPORTED BY: VARGA,MATHIAS  AT: 038 |
|---|---|---|
| 4. SUBJECT NAME: BRODEUR,CHRISTOPHER X | | |
| 5. MERGED FIDs: | | |

"TOLDYA CXB-ESP NEVER FAILS US....AND I REPORT ALL STORIES BEFORE [circled] THEY HAPPEN .....
.... Ergo [circled] TIME IS RUNNING OUT FOR THE #1 Pedophile on Earth, ███Victim Judge███."

On page three of the letter BRODEUR wrote the following:

"I ain't going after these TINY Gestapo soldiers. I'm coming for the #1 child rapist/neo-nazi/war criminal in USSA History: ███Victim Judge███. I'm going back to jail no matter what. (Plus, the longer u sit in Jail the easier it gets, loser.) DO I HAVE TO FLOOD YOUR COURTHOUSE/HOME [illegible] WITH CARTOON FLYERS OR DOUSE YOU IN URINE OR BREAK YOUR MURDEROUS FACE OPEN? I'm ready to spend the rest of my life in FED prison. (Plus prison is 98% better than crappy county Jails.) BUT YOU WILL BECOME THE GOLIATH TO MY DAVID....and all of society will back SUPERMAN(DELA) OVER THE #1 ENEMY OF AMERICA. The choice is yours alone to make. You were warned. And U will be testifying in my Jury trials, Watch. Xoxo, cxb"

On a small sheet of paper BRODEUR wrote the following:

"The weekend [circled] Ha Ha [written in a bubble] When I wrote this, there were Mass Shootings in Texas, Florida, Indiana, illinois, Kansas, Georgia, Maryland, NMexico, Louisiana & OHIO !!
And there couldn't be any [circled] Mass Shootings if ███Victim Judge███ had obeyed the Bill of Rights JUST ONCE. If I weren't a pacifist, I'd kidnap & torture you & maim you then call 911 on myself. "I just maimed the #1 child rapist / war criminal / mass murderer on earth!" You [circled] would have [circled] to testify under oath as the victim! And every person you know would turn on you faster than Harvey Weinstein. Make. My. Day. (up) yours, Joe Fuckyourself"

On a small sheet of paper BRODEUR wrote the following:

"Your nazi empire is crumbling FAST, Chancellor Hitler. Red Army's a mile outside Berlin! KISSINGER's death Just increased my power 10,000% more! The entire planet & U.N. & World Court wants ███Victim Judge███ swinging from the gallows. And every 24 hours the world gets hungrier & hungrier for your nazi demise. Good luck, Guliani Wannabe!"

The investigation continues...

**UNITED STATES MARSHALS SERVICE**
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.